

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2016

No. 04-16-00131-CV

**REGENT CARE CENTER AT MEDICAL CENTER**,
Appellant

v.

William **HOLLIS**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 380950
Honorable Karen A. Crouch, Judge Presiding

# O R D E R

Court reporter Geneva Garcia has filed a notification of late record, requesting an extension of time to file the reporter's record because of computer problems. The extension is GRANTED. The reporter's record is due on **May 30, 2016**.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2016.

Keith E. Hottle
Clerk of Court